No. 91–5896.  MITRAN v. UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 91–5922.  SHEWMAKER v. UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 91–5957.  CEPHAS ET AL. v. UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 91–5966.  RAMIREZ ORTIZ v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 91–5972.  LYNCH v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 91–5973.  McCRORY v. UNITED STATES.  C. A. D. C. Cir.  Certiorari denied.

No. 91–5989.  DANIEL v. OHIO.  Ct. App. Ohio, Trumbull County.  Certiorari denied.

No. 91–5991.  ROBINSON v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 91–5995.  HODGE v. KENTUCKY.  Sup. Ct. Ky.  Certiorari denied.

No. 91–5998.  DENNISON v. UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 91–6006.  SWARTZ v. CALIFORNIA.  C. A. 9th Cir.  Certiorari denied.

No. 91–6007.  TORRES v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 91–6032.  KNOTT v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 91–6037.  MARTINEZ v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 91–6041.  RODRICK v. SINGLETARY.  Sup. Ct. Fla.  Certiorari denied.